B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re  Jalyn D. Dixon                              ,                    Case No.  14 B 01068
                Debtor

                                                                           Chapter  13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$  50.00              Check one  ☒ With the filing of the petition, or
                                 ☐ On or before _____

$  77.00      on or before   February 14, 2014

$  77.00      on or before   March 14, 2014

$  77.00      on or before   April 15, 2014

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

_Eugene R. Wedoff_
United States Bankruptcy Judge

Date: January 23, 2014